UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

ANGELO LOMANTO

                              Petitioner,           <u>ORDER TO SHOW CAUSE</u>

    – against –

ANTHONIA ADUKE AGEBELUSI,

                              Respondent.

--------------------------------------------------------

      Upon the Petition of Angelo Lomanto, dated August 25, 2022, it is

      ORDERED that Respondent, ANTHONIA ADUKE AGELBELUSI, shall appear and show cause before the undersigned at the United States District Court, Eastern District of New York, 500 Pearl Street, Room      , New York, New York, 10007, on August      , 2022, at      A.M./P.M., why the court should not grant orders and judgment:

a) Pursuant to the International Child Abduction Remedies Act (ICARA), 22 U.S.C. §§ 9001-9011, and the Hague Convention on the Civil Aspects of Child Abduction, Oct. 25, 1980, TIAS 11,670, 1343 UNTS 98, directing that the parties' minor children, R. A. L. (child 1) and S. M. L.(child 2) be repatriated to Spain, on the grounds that (i) Respondent has wrongfully retained R. A. L. and S. M. L. in the United States in violation of Petitioner's rights of custody, and (ii) Spain is R. A. L. and S. M. L. state of habitual residence;

b) Pursuant to ICARA, 22 U.S.C. § 9004, granting any and all appropriate provisional remedies, including surrender of Respondent's and R. A. L and S. M. L's passports, pending determination of this action;

c) Pursuant to Hague Convention art. 2, ICARA, 22 U.S.C. § 9003, and Fed. R. Civ. P. 40, formally according priority to the present action; and

d) Pursuant to ICARA, 22 U.S.C. § 9007(b), awarding Petitioner the costs, counsel fees, and expenses incurred in the prosecution of this action;

and it is further

ORDERED that, pursuant to ICARA, 22 U.S.C. § 9004, Respondent shall produce Respondent's and R. A. L. and S. M. L.'s passports in court on the return date of this Order to Show Cause; and it is further

ORDERED that Respondent's answer and/or other responsive papers shall be served via the Electronic Case Filing (ECF) system on Petitioner's attorneys:

Oummih Law Group
Amal Oummih, Esq.
23-15 Steinway Street
Astoria, NY 11105
info@oummihlawgroup.com
(718) 433-9993

and it is further

ORDERED that, as mandated by ICARA, 22 U.S.C. § 9003(c), the initial process in this action shall be the present Order to Show Cause, in accordance with applicable state law governing process in interstate child custody proceedings, i.e., N.Y. Family Court Act § 651(b); and it is further

ORDERED that, as mandated by ICARA, 22 U.S.C. § 9003(c), a copy of the present Order to Show Cause, the Petition in this action, and all other documents required to be served pursuant to SDNY ECF Rules & Instructions § 14 shall be served on Respondent, Anthonia Aduke Agbelusi, in accordance with applicable state law governing notice in interstate child

custody proceedings, i.e., pursuant to any of the methods specified in N.Y. Domestic Relations

Law § 75-g(1)(a), (b) or (d), on or before August            , 2022.


Dated: New York, New York
      August   2021


                                                _____

                                              United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X CIVIL ACTION FILE NO.:
IN RE THE APPLICATION OF
ANGELO LOMANTO,

                              Plaintiff/Petitioner,


         -against-


ANTHONIA ADUKE AGBELUSI,
                              Defendant/Respondent.

---

## ORDER TO SHOW CAUSE

---

### *OUMMIH LAW GROUP, PLLC*
Attorneys for Plaintiff/Petitioner
AMAL OUMMIH, ESQ.
2315 Steinway Street
Astoria, NY 11105
(718) 433-3999
Fax: (718) 777-2068
Email: info@oummihlawgroup.com

---

ATTORNEY CERTIFICATION
The undersigned, an attorney admitted to practice in the Courts of the State of New York, certifies, that pursuant to
Rule 130-1.1-a that, upon information and belief and reasonable inquiry, the contention contained in the above
referenced document(s) are not frivolous.

Dated: Astoria, New York
         August 25, 2022

                                                        Amal Oummih, Esq.