UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGELO LOMANTO,

                    Plaintiff,

         -v-

ANTHONIA ADUKE AGBELUSI,

                    Defendant.

22-CV-7349 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    A conference was held in this case on October 25, 2022. The parties shall adhere to the following schedule:

- By November 11, 2022, the parties shall exchange all relevant documents in their possession (with any additional documents produced on an ongoing basis).

- By December 5, 2022, the parties shall identify any experts they expect to call at trial.

- By December 28, 2022, the parties shall file (1) a list of witnesses they expect to call at trial, with a brief summary of each witness's expected testimony, (2) a list of exhibits to be offered into evidence, (3) pretrial briefs, and (4) a statement of stipulated facts.

- A final pre-trial conference is scheduled for January 4, 2023, at 2:30 pm.

- The bench trial is scheduled to commence on Monday, January 9, 2023, at 9:30 am.

    SO ORDERED.

Dated: October 25, 2022
       New York, New York

                                            J. PAUL OETKEN
                                            United States District Judge