UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELO LOMANTO,

                Petitioner,

-v-

ANTHONIA ADUKE AGBELUSI,

                Respondent.

22-CV-7349 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Counsel for the Petitioner is hereby ORDERED to:

(a) Instruct her client and any other recipients of the report of Dr. Fernandez (the "Report") to delete and destroy all copies of the Report and to refrain from further dissemination of the Report until further Court Order;

(b) Recall and destroy any copies of the Report that unauthorized recipients may have forwarded on to others; and

(c) Report to the Court and all counsel in writing by 4:30 p.m., February 23, 2023, on the names and relationship to this case of all persons to whom the Report was disclosed (either directly or indirectly); the efforts taken to retract the Report from those persons or entities; and the results of those efforts.

    As previously ordered by text-only order on ECF, counsel for the parties shall <u>also</u> appear by telephone for a conference on <u>February 23, 2023, at 4:30 p.m. by dialing +1-888-557-8511 and entering passcode 9300838</u>.

    SO ORDERED.

Dated: February 22, 2023
       New York, New York

                                              J. PAUL OETKEN
                                              United States District Judge