UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGELO LOMANTO,
       Plaintiff,

   -v-

ANTHONIA ADUKE AGBELUSI,
       Defendant.

22-CV-7349 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

  The Court hereby orders the below visitation schedule for visits between the minor children R.A.L. and S.M.L. and Petitioner, during Petitioner's visit to New York City from March 14, 2023, to March 27, 2023. Any adjustments to the below visitation schedule must be approved by this Court unless consented to in writing by Petitioner, Respondent, and counsel to the minor children.

1. Visitation on Friday, March 17, 2023:

    a. R.A.L. will meet his father at the Starbucks located at 4 Columbus Circle (58th Street and 8th Avenue), New York, New York, 10019 at 3:00 p.m.;

    b. R.A.L. and his father will conduct the visit in public places, such as restaurants, stores, parks, or New York City landmarks and attractions; and

    c. Petitioner shall return R.A.L. to Starbucks located at 4 Columbus Circle (58th Street and 8th Avenue), New York, New York, 10019 by 7:30 p.m.

2. Visitation on Sunday, March 19, 2023:

    a. Petitioner may meet R.A.L. and S.M.L. at a location of R.A.L.'s choosing at 1:00 p.m. and return R.A.L. and S.M.L. to a location of R.A.L's choosing by 6:00 p.m.

3. Visitation on Monday, March 20, 2023:

    a. Petitioner may go to Gauchos Gym at 478 Gerard Ave., The Bronx, NY 10451 to see R.A.L. play basketball from 4-6 p.m.;

    b. After the basketball practice is concluded, R.A.L. and Petitioner will have dinner together at a mutually agreed upon public location;

      c. Petitioner will return R.A.L. to the front doors of Gauchos Gym by 7:30 p.m.;

      d. Petitioner may contact Gauchos Gym if there is any additional information needed at (718) 665-6952 or visit their website online at https://www.newyorkgauchos.org/; and

4. Visitation on Wednesday, March 22, 2023:

      a. R.A.L. will meet his father at the Starbucks located at 4 Columbus Circle (58th Street and 8th Avenue), New York, New York, 10019 at 3:00 p.m.;

      b. R.A.L. and his father will conduct the visit in public places, such as restaurants, stores, parks, or New York City landmarks and attractions;

      c. Petitioner shall return R.A.L. to the Starbucks located at 4 Columbus Circle (58th Street and 8th Avenue), New York, New York, 10019 by 7:30 p.m.

5. S.M.L. shall have the option to join R.A.L. for any of the above visitations. R.A.L. shall be present for any visitation between S.M.L. and Petitioner.

6. Respondent shall ensure that R.A.L. (and S.M.L. as applicable) arrive(s) at the proposed visitation drop-off points at the appointed visitation times; and Respondent shall make any necessary arrangements to ensure R.A.L.'s (and S.M.L's as applicable) safe return home from the drop-off points at the conclusion of each of visitation.

7. There will be no overnight visitation between R.A.L. or S.M.L. and Petitioner.

8. Remote Visitation:

      a. To the extent R.A.L., S.M.L., and Petitioner are not physically together during their usual Zoom calls while Petitioner is in New York City, the parties shall continue to follow the existing remote Zoom visitation schedule: two Zoom visitations per week, each lasting approximately one hour. Petitioner and the minor children must appear promptly for Zoom visitations at the scheduled times.

      b. Petitioner will not give the minor children a sim card, cellular phone, or any other device for the purpose of engaging in daily communication with the children.

9. The parties may submit further proposed orders to the Court concerning potential additional visitation between the minor children and Petitioner during the period March 21 through March 27, 2023.

10. Petitioner will not attempt to ascertain the confidential physical address of R.A.L. or S.M.L. by any means during the visitations outlined above. When the visitation ends, Petitioner may not board the subway with R.A.L. or S.M.L. and may not follow them to ascertain the confidential physical address.

SO ORDERED.

Dated: March 17, 2023
New York, New York

_____
J. PAUL OETKEN
United States District Judge