UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELO LOMANTO,

                              Petitioner,

          -v-

ANTHONIA ADUKE AGBELUSI,

                              Respondent.

22-CV-7349 (JPO)

ORDER

       The Court has learned that the names of the minor children are unredacted in certain appendices on the docket in this case.  *See* ECF Nos. 93-4 (page 8); 93-7 (page 2); 93-14 (page 1); 115-2 (page 2); 130-6 (page 39).

       Accordingly, the Clerk of Court is directed to restrict public access (party-view only) to docket entries 93-4, 93-7, 93-14, 115-2, and 130-6.  The parties are directed to file new versions of these docket entries that are properly redacted.

       SO ORDERED.

Dated: April 8, 2024
       New York, New York

                                                        J. PAUL OETKEN
                                                        United States District Judge